**Dismissed and Opinion Filed September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00447-CV

**COMPASS BANK, IMPROPERLY NAMED AS BBVA COMPASS BANCSHARES, INC. D/B/A COMPASS BANK, Appellant**

**V.**

**WALTER THORSON, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-16-02814-A**

# MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Molberg

Before the Court is the parties' September 13, 2019, joint motion to vacate and remand.

We grant the motion. We vacate the trial court's judgment and remand the case to the trial court

for further action consistent with the parties' agreement.


/Ken Molberg//
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COMPASS BANK, IMPROPERLY
NAMED AS BBVA COMPASS
BANCSHARES, INC. D/B/A COMPASS
BANK, Appellant

No. 05-19-00447-CV      V.

WALTER THORSON, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-16-02814-A.
Opinion delivered by Justice Molberg.
Justices Bridges and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's judgment and **REMAND** the case to the trial court consistent with the parties' agreement. Each party shall bear its own costs, if any, and subject to any agreement of the parties.

Judgment entered this 24th day of September, 2019.